# STIPULATION DISCONTINUING ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************************

WALTER FICK AND JULIA FICK

                                                    Plaintiff,        1:13-CV-1360

-against-

ZIMMER HOLDINGS, INC., ZIMMER, INC.,
AND ZIMMER US, INC.

                                                    Defendants
*******************************************

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties referenced below and represented by them in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued against Zimmer Holdings, Inc., Zimmer, Inc. and Zimmer US, Inc. only, with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: February 18, 2014

CARTER CONBOY

_____
By: William D. Yoquinto, Esq.
Attorney for Zimmer, Inc.,
Zimmer Holdings, Inc. and
Zimmer US, Inc.
20 Corporate Woods Boulevard
Fifth Floor
Albany, New York 12211

FAEGRE BAKER DANIELS

_____
By: John V. Schlafer, Esq.
Attorney for Zimmer, Inc.,
Zimmer Holdings, Inc. and
Zimmer US Inc.
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750

HANSON LAW FIRM

_____
By: Kristie H. Hanson, Esq.
Attorney for the Plaintiff
1801 Altamont Avenue
Schenectady, New York 12303